UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JUAN TEUTLE-RAMIREZ, | Case No. 3:15-cv-00136-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ROBERT LeGRAND, et al., | |
| Respondents. | |

The Court directed petitioner to show cause why the action should not be dismissed as untimely. Petitioner has responded with a showing of cause (ECF No. 12) and a motion for appointment of counsel (ECF No. 11). Given the circumstances of the case, the Court will appoint counsel. Counsel will have the opportunity to file an amended petition. Timeliness is a matter that the parties may litigate later, if necessary.

It is therefore ordered that petitioner's motion for appointment of counsel (ECF No. 11) is granted. The Federal Public Defender is provisionally appointed to represent petitioner.

It is further ordered that the Federal Public Defender will have thirty (30) days from the date that this order is entered to undertake direct representation of petitioner or to indicate to the Court his inability to represent petitioner in these proceedings. If the Federal Public Defender does undertake representation of petitioner, he will then have sixty (60) days to file an amended petition for a writ of habeas corpus. If the Federal Public Defender is unable to represent petitioner, then the Court will appoint alternate counsel.

It is further ordered that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims.

It is further ordered that the Clerk electronically serve the Federal Public Defender a copy of the petition (ECF No. 6) and a copy of this order.

It is further ordered that any exhibits filed by the parties must be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further must be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. The hard copy of any additional state court record exhibits must be forwarded — for this case — to the staff attorneys in Las Vegas.

DATED THIS 23rd day of September 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE