UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN TEUTLE-RAMIREZ,<br><br>Petitioner,<br>v.<br><br>ROBERT LeGRAND, *et al.,*<br><br>Respondents. | Case No. 3:15-cv-00136-MMD-WGC<br><br>ORDER |

Petitioner has filed an unopposed motion for an enlargement of time (fourth request) (ECF No. 23) and a motion to partially waive Local Rule IA 10-3(e) (ECF No. 30). The court grants these motions.

Petitioner also has filed a first amended petition (ECF No. 24). The Court has reviewed it. Respondents will need to file an answer or other response to it.

It is therefore ordered that petitioner's unopposed motion for an enlargement of time (fourth request) (ECF No. 23) is granted.

It is further ordered that petitioner's motion to partially waive Local Rule IA 10-3(e) (ECF No. 30) is granted.

It is further ordered that respondents will have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition. (ECF No. 24.) Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States

District Courts, and then petitioner will have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 will apply.

DATED THIS 16th day of October 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE