UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN TEUTLE-RAMIREZ,<br><br>Petitioner,<br>v.<br><br>ROBERT LeGRAND, *et al.,*<br><br>Respondents. | Case No. 3:15-cv-00136-MMD-WGC<br><br>ORDER |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 35), and good cause appearing, it is therefore ordered that respondents' unopposed motion for enlargement of time (first request) (ECF No. 35) is granted. Respondents will have through January 16, 2018, to file and serve an answer or other response to the first amended petition (ECF No. 24).

DATED THIS 1st day of December 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE