# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUAN TEUTLE-RAMIREZ, | Case No. 3:15-cv-00136-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LeGRAND, *et al.*, | |
| Respondents. | |

Petitioner having submitted an unopposed motion for extension of time (first request) (ECF No. 39), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 39) is granted. Petitioner will have through March 8, 2018, to file a response to the motion to dismiss (ECF No. 37).

DATED THIS 22nd day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE