# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUAN TEUTLE-RAMIREZ, | Case No. 3:15-cv-00136-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LeGRAND, *et al.,* | |
| Respondents. | |

Petitioner having submitted an unopposed motion for extension of time (second request) (ECF No. 41), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (second request) (ECF No. 41) is granted. Petitioner will have through April 9, 2018, to file a response to the motion to dismiss (ECF No. 37).

DATED THIS 8th day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE