# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN TEUTLE-RAMIREZ, | Case No. 3:15-cv-00136-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 45). Good cause appearing, it is therefore ordered that respondents' unopposed motion for enlargement of time (first request) (ECF No. 45) is granted. Respondents will have through April 20, 2018, to file a reply to petitioner's opposition to motion to dismiss (ECF No. 43).

DATED THIS 13th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1